UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

David Comisky,

Debtor.

Case No.:       18-10469-MBK

Chapter:             13

Hearing Date:      12/17/2019

Judge:             Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 54 East Union Street, Bordentown, NJ (Docket # 43)

_____

Date: 12/12/2019                             /s/ Denise Carlon
                                              Signature

*rev.8/1/15*