| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-10469 / MBK**

David P Comisky

Petition Filed Date: 01/09/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 10/23/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $720.00 | 55845390 | 03/01/2019 | $720.00 | 56617780 | 04/01/2019 | $720.00 | 57420600 |
| 05/01/2019 | $720.00 | 58224450 | 05/22/2019 | $720.00 | 58754670 | 07/01/2019 | $720.00 | 59782460 |
| 08/01/2019 | $720.00 | 60584990 | 09/03/2019 | $720.00 | 61344120 | 10/02/2019 | $720.00 | 62234110 |
| 11/04/2019 | $720.00 | 62944770 | 12/03/2019 | $720.00 | 63607170 | | | |

**Total Receipts for the Period: $7,920.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David P Comisky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,207.10 | $3,080.89 | $6,126.21 |
| 2 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/54 EAST UNION ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $89.19 | $17.26 | $71.93 |
| 4 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $698.28 | $233.66 | $464.62 |
| 5 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $652.10 | $218.20 | $433.90 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $23,164.05 | $7,751.16 | $15,412.89 |
| 7 | SPECIALIZED LOAN SERVICING  LLC<br>»» 54 EAST UNION ST/ORDER 12/13/19 | Mortgage Arrears | $29,296.33 | $805.32 | $28,491.01 |
| 8 | SPECIALIZED LOAN SERVICING  LLC<br>»» 54 EAST UNION ST/ORDER 12/13/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ORDER 1/15/20 | Attorney Fees | $900.00 | $668.16 | $231.84 |

**Chapter 13 Case No. 18-10469 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,880.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $16,055.65 | Current Monthly Payment: | $749.00 |
| Paid to Trustee: | $1,143.60 | Arrearages: | $149.00 |
| Funds on Hand: | $680.75 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**