B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re _____David P Comisky_____,        Case No. ___18-10469-MBK___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust
_____
Name of Transferee

Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

    c/o Rushmore Loan Management Services LLC
    15480 Laguna Canyon Rd., Suite 100
    Irvine, CA 92618

Phone: _____888-504-6700_____

Last Four Digits of Acct #: _____7206_____

Court Claim # (if known): _____2-2_____
Amount of Claim: _____$289,264.18_____
Date Claim Filed: _____08/31/2018_____

Phone: _____(800) 315-4757_____

Last Four Digits of Acct. #: _____9097_____

Name and Address where transferee payments should be sent (if different from above):

    Rushmore Loan Management Services
    P.O. Box 52708
    Irvine, CA 92619-2708

Phone: _____

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Jonathan Schwalb_____        Date:_____04/02/2020_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of ___New Jersey___

In re ___David P Comisky___,   Case No. ___18-10469-MBK___

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __2-2__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Specialized Loan Servicing, LLC as servicing agent for Lodge Series IV Trust, U.S. Bank Trust National Association as trustee

Name of Transferee

U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust

Address of Alleged Transferor:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Address of Transferee:

c/o Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Hon. Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in the this matter.

☐ am the secretary/paralegal for _____, who represents
_____ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.     On _____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____        _____
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |