Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10469−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David P Comisky
   54 East Union Street
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−6781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/16/21 at 09:00 AM

to consider and act upon the following:

**59** – Creditor's Certification of Default (related document:46 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of I Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Objection deadline is 02/25/2021. (Attachments: # 1 Certification # 2 Exhibit A− Filed Order # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 2/26/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court