| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-10469 / MBK**

David P Comisky

Petition Filed Date: 01/09/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 10/23/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $720.00 | 64414750 | 02/04/2020 | $720.00 | 65241300 | 03/02/2020 | $749.00 | 65937200 |
| 04/01/2020 | $749.00 | 66773780 | 05/01/2020 | $749.00 | 67540000 | 06/01/2020 | $749.00 | 68277920 |
| 07/01/2020 | $749.00 | 69067290 | 08/03/2020 | $749.00 | 69776930 | 09/01/2020 | $749.00 | 70525880 |
| 10/02/2020 | $749.00 | 71301610 | 11/02/2020 | $749.00 | 71975970 | 11/30/2020 | $749.00 | 72692010 |
| 01/04/2021 | $749.00 | 73414620 | 02/02/2021 | $749.00 | 74117980 | | | |

**Total Receipts for the Period: $10,428.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,868.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David P Comisky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,207.10 | $3,080.89 | $6,126.21 |
| 2 | U.S. BANK, NATIONAL ASSOCIATION<br>»» P/54 EAST UNION ST/1ST MTG/SPEC LOAN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $89.19 | $17.26 | $71.93 |
| 4 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $698.28 | $233.66 | $464.62 |
| 5 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $652.10 | $218.20 | $433.90 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $23,164.05 | $7,751.16 | $15,412.89 |
| 7 | U.S. BANK, NATIONAL ASSOCIATION<br>»» 54 EAST UNION ST/ORDER 12/13/19/SPEC LOAN | Mortgage Arrears | $29,296.33 | $8,091.24 | $21,205.09 |
| 8 | U.S. BANK, NATIONAL ASSOCIATION<br>»» 54 EAST UNION ST/ORDER 12/13/19/SPEC LOAN | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»» ORDER 1/15/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |

**Chapter 13 Case No. 18-10469 / MBK**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,868.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,573.41 | Current Monthly Payment: | $749.00 |
| Paid to Trustee: | $1,875.38 | Arrearages: | $149.00 |
| Funds on Hand: | $1,419.21 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**