Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−10469−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David P Comisky
   54 East Union Street
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−6781

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/16/21 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:46 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of I Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Objection deadline is 02/25/2021. (Attachments: # 1 Certification # 2 Exhibit A− Filed Order # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 2/26/21

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                   Case No. 18-10469-MBK

David P Comisky                                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                               Page 1 of 2
Date Rcvd: Feb 26, 2021                  Form ID: ntchrgbk                                     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David P Comisky, 54 East Union Street, Bordentown, NJ 08505-2073 |
| cr | + | I Rushmore Loan Management Services, LLC as servic, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021                                          Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor David P Comisky aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Loss Mitigation Nationstar cmecf@sternlav.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association as trustee |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: ntchrgbk | Total Noticed: 2 |

            of Lodge Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

            on behalf of Creditor I Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust bankruptcy@friedmanvartolo.com

Rebecca Ann Solarz

            on behalf of Creditor Specialized Loan Servicing  LLC rsolarz@kmllawgroup.com

Robert P. Saltzman

            on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

U.S. Trustee

            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9