Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–10469–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
David P Comisky
54 East Union Street
Bordentown, NJ 08505

Social Security No.:
xxx–xx–6781

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/26/22 at 09:00 AM

to consider and act upon the following:

*80* – Creditor's Certification of Default (related document:71 Order (Generic)) filed by Jonathan C. Schwalb on behalf of I Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Objection deadline is 01/3/2022. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

Dated: 1/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court