| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-10469 / MBK

David P Comisky

Petition Filed Date: 01/09/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 10/23/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $749.00 | 73414620 | 02/02/2021 | $749.00 | 74117980 | 03/01/2021 | $749.00 | 74789080 |
| 04/05/2021 | $749.00 | 75660300 | 05/03/2021 | $749.00 | 76378990 | 06/02/2021 | $907.00 | 77129870 |
| 07/06/2021 | $927.00 | 77788190 | 08/02/2021 | $927.00 | 78436110 | 09/02/2021 | $927.00 | 79167810 |
| 10/01/2021 | $927.00 | 79829200 | 11/01/2021 | $927.00 | 80477000 | 12/02/2021 | $927.00 | 81157630 |
| 01/03/2022 | $927.00 | 81828810 | 02/01/2022 | $927.00 | 82476180 | | | |

**Total Receipts for the Period: $12,068.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $37,438.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David P Comisky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,207.10 | $3,080.89 | $6,126.21 |
| 2 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/SPEC LOAN | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $89.19 | $17.26 | $71.93 |
| 4 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $698.28 | $233.66 | $464.62 |
| 5 | LVNV FUNDING LLC<br>»»  MHC/FNBM/CREDIT ONE | Unsecured Creditors | $652.10 | $218.20 | $433.90 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $23,164.05 | $7,751.16 | $15,412.89 |
| 7 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET ORDER 12/13/19/SPEC LOAN | Mortgage Arrears | $29,296.33 | $14,213.76 | $15,082.57 |
| 8 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/IST MTG/ATTY FEES ORDER 12/13/19/SPEC LOAN | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 1/15/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET 4/6/21 ORD | Mortgage Arrears | $9,251.73 | $1,944.14 | $7,307.59 |

**Chapter 13 Case No. 18-10469 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/ATTY FEES 4/6/21 ORD | Mortgage Arrears | $588.00 | $588.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 5/6/21 | Attorney Fees | $800.00 | $800.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,438.00 | Plan Balance: | $32,632.00 ** |
| Paid to Claims: | $33,028.07 | Current Monthly Payment: | $927.00 |
| Paid to Trustee: | $2,699.08 | Arrearages: | $178.00 |
| Funds on Hand: | $1,710.85 | Total Plan Base: | $70,070.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.