| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brenner, Spiller & Archer<br>125 Rt. 73 N.<br>West Berlin, NJ 08091<br>P: (856) 963-5000<br>F: (856) 858-4371<br>Attorney for Debtor(s) | |
| In Re:<br><br>David P. Comisky | Case No.: 18-10469<br>Judge: MBK<br>Chapter: 13 |

# NOTICE OF WITHDRAWAL OF DOCUMENT

Judge Kaplan,

Please accept this letter in lieu of a more formal request.

Please accept this letter as a Withdrawal of the Certification in Opposition to the Creditor's Certification of Default filed on January 3, 2022 under Docket Number 81.

Sincerely,

/s/ Andrew T. Archer
Andrew T. Archer, Esq.
Attorney for Debtor(s)