

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

David P Comisky

Debtor

**Order Filed on March 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 18-10469-MBK

CHAPTER: 13

HON. JUDGE.: Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 8, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 54 East Union Street, Bordentown, NJ 08505

**ORDERED** that the Co-Debtor stay in effect as it pertains to Heather L. Comisky pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.