| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on May 27, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>David P Comisky<br><br><br><br>Debtor(s) | Case No.: 18-10469 / MBK<br>Hearing Date: 05/25/2022<br>Judge: Michael B. Kaplan<br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $40,219.00 paid to date

- Debtor(s) shall remit $907.00 per month to the Trustee for 32 months beginning 06/01/2022

- The plan is modified to pay 100%; US Bank obtained stay relief and shall be treated outside the plan. Trustee shall not make any further payments on post pet mortgage arrearage claims (Orders Doc #46 & #71), which shall be adjusted to the paid to date amounts.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.