| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-10469 / MBK**

David P Comisky

Petition Filed Date: 01/09/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 10/23/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $927.00 | 81828810 | 02/01/2022 | $927.00 | 82476180 | 03/02/2022 | $927.00 | 83078850 |
| 04/04/2022 | $927.00 | 83776270 | 05/02/2022 | $927.00 | 84347340 | 06/01/2022 | $927.00 | 84995800 |
| 07/01/2022 | $907.00 | 85614790 | 08/02/2022 | $907.00 | 86222520 | 09/02/2022 | $936.00 | 86804760 |
| 10/04/2022 | $936.00 | 87439190 | 10/31/2022 | $936.00 | 87962990 | 11/28/2022 | $936.00 | 88484600 |
| 12/30/2022 | $936.00 | 89084040 | 01/30/2023 | $936.00 | 89631280 | 02/21/2023 | $936.00 | 90081960 |

**Total Receipts for the Period: $13,928.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $49,512.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | David P Comisky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,207.10 | $5,887.81 | $3,319.29 |
| 2 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/SPEC LOAN/SV 3/8/22 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $89.19 | $54.74 | $34.45 |
| 4 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $698.28 | $446.54 | $251.74 |
| 5 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $652.10 | $417.01 | $235.09 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $23,164.05 | $14,813.08 | $8,350.97 |
| 7 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET ORD12/13/19/SV 3/8/22/ORDER 5/27/22 | Mortgage Arrears<br>No Disbursements: Paid outside | $14,785.76 | $14,785.76 | $0.00 |
| 8 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/IST MTG/ATTY FEES ORDER 12/13/19/SPEC LOAN/SV 3/8/22 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 1/15/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET 4/6/21 ORD/SV 3/8/22/ORDER 5/27/22 | Mortgage Arrears<br>No Disbursements: Paid outside | $2,221.27 | $2,221.27 | $0.00 |

**Chapter 13 Case No. 18-10469 / MBK**

| 10 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/ATTY FEES 4/6/21 ORD/SV 3/8/22 | Mortgage Arrears | $588.00 | $588.00 | $0.00 |
|---|---|---|---|---|---|
| 0 | Andrew Thomas Archer<br>»»  ORDER 5/6/21 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 7/8/22 | Attorney Fees | $800.00 | $800.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,512.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $44,995.21 | Current Monthly Payment: | $936.00 |
| Paid to Trustee: | $3,645.89 | Arrearages: | $9.00 |
| Funds on Hand: | $870.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

