| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 18-10469 / MBK**

David P Comisky

Petition Filed Date: 01/09/2018
341 Hearing Date: 02/08/2018
Confirmation Date: 10/23/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $936.00 | 89631280 | 02/21/2023 | $936.00 | 90081960 | 03/30/2023 | $936.00 | 90795220 |
| 04/27/2023 | $936.00 | 91314070 | 05/30/2023 | $936.00 | 91911580 | 07/03/2023 | $936.00 | 92468080 |
| 07/31/2023 | $936.00 | 92988710 | 09/05/2023 | $936.00 | 93557690 | 10/03/2023 | $936.00 | 94069810 |
| 10/31/2023 | $936.00 | 94561770 | 11/29/2023 | $936.00 | 95024860 | 01/02/2024 | $936.00 | 95542660 |

**Total Receipts for the Period: $11,232.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,872.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | David P Comisky | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $9,207.10 | $8,244.74 | $962.36 |
| 2 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/SPEC LOAN/SV 3/8/22 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $89.19 | $70.78 | $18.41 |
| 4 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $698.28 | $625.29 | $72.99 |
| 5 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $652.10 | $583.94 | $68.16 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $23,164.05 | $20,742.85 | $2,421.20 |
| 7 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET ORD12/13/19/SV 3/8/22/ORDER 5/27/22 | Mortgage Arrears<br>No Disbursements: Paid outside | $14,785.76 | $14,785.76 | $0.00 |
| 8 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/IST MTG/ATTY FEES ORDER 12/13/19/SPEC LOAN/SV 3/8/22 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 1/15/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 9 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/POST-PET 4/6/21 ORD/SV 3/8/22/ORDER 5/27/22 | Mortgage Arrears<br>No Disbursements: Paid outside | $2,221.27 | $2,221.27 | $0.00 |

**Chapter 13 Case No. 18-10469 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | U.S. BANK, NATIONAL ASSOCIATION<br>»»  P/54 EAST UNION ST/1ST MTG/ATTY FEES 4/6/21 ORD/SV 3/8/22 | Mortgage Arrears | $588.00 | $588.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 5/6/21 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | Andrew Thomas Archer<br>»»  ORDER 7/8/22 | Attorney Fees | $800.00 | $800.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,872.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $53,643.63 | Current Monthly Payment: | $936.00 |
| Paid to Trustee: | $4,360.98 | Arrearages: | $9.00 |
| Funds on Hand: | $867.39 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

