Certificate Number: 15317-NJ-DE-038748971

Bankruptcy Case Number: 18-10469



15317-NJ-DE-038748971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 8, 2024</u>, at <u>12:55</u> o'clock <u>PM PDT</u>, <u>David P Comisky</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   August 8, 2024               By:   /s/Rowela Bagac

Name:   Rowela Bagac

Title:   Counselor